HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORTHWEST PIPELINE LLC,

        Plaintiff,

  v.

JONATHAN S. COPELAND, individually and as his separate estate,

        Defendants.

CASE NO. 2:19- cv-00148-RAJ

ORDER

This matter comes before the Court for an order of disbursement. On May 8, 2019, this Court granted Plaintiff's motion for default judgment against Defendant Jonathan S. Copeland. Dkt. # 18. This Court granted Plaintiff an order of condemnation and ordered Northwest to deposit with the court registry pursuant to Local Rule 67 five thousand, five hundred, and fifty dollars and no cents ($5,550.00), to be disbursed to Defendant Copeland. *Id.* at 4. On May 8, 2019, Plaintiff filed a notice of deposit into court registry, Dkt. # 19, and the Court Registry docketed its receipt of the funds on May 9, 2019. Dkt. # 20. On May 10, 2019 this Court entered a judgment. Dkt. # 21.

//

//

ORDER – 1

Pursuant to Local Rule 67(b), this Court hereby orders that the Clerk is authorized and directed to draw a check on the funds deposited in the registry of this court in the principal amount of $5,550 plus all accrued interest, payable to Jonathan S. Copeland, and mail or deliver the check to Jonathan S. Copeland.

DATED this 5th day of July, 2024.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2